■ BEN HARRIS et al., Appellants, v SANFORD LIEBSCHUTZ et al., Individually and as Partners of 1564 ST. PAUL STREET PARTNERSHIP, Respondents. [661 NYS2d 550] —Order and judgment unanimously affirmed without costs for reasons stated at Supreme Court, Siragusa, J. (Appeal from Order and Judgment of Supreme Court, Monroe County, Siragusa, J.—Summary Judgment.) Present—Denman, P. J., Green, Lawton, Balio and Fallon, JJ.